# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NORTH CAROLINA**

United States of America

**NOTICE**

V.

Epic Games, Inc.

CASE 5:22-CV-518-BO-RN

**TYPE OF CASE:**

X CIVIL ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Terry Sanford Federal Bldg.<br>310 New Bern Ave.<br>Raleigh, NC | 7th Floor Courtroom #2 |
| | DATE AND TIME |
| | January 6, 2023 @ 11:00 a.m. |

**TYPE OF PROCEEDING**

## Motion Hearing

TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

**Peter A. Moore, Jr., Clerk of Court**

**U.S. MAGISTRATE JUDGE OR CLERK OF COURT**

*Nicole Sellers*

12/22/2022

**DATE**           **(BY) DEPUTY CLERK**

TO:   Judge Boyle's Chambers
         Counsel of Record via CM/ECF
         Court Reporter