IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-00518-BO-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| EPIC GAMES, INC., | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby notifies this Honorable Court that Assistant United States Attorney C. Michael Anderson represents the Plaintiff, United States of America, in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

Therefore, please enter my name as attorney of record for the Plaintiff, United States of America, in this action.

Respectfully submitted this 3rd day of January, 2023.

                              MICHAEL F. EASLEY, JR.
                              United States Attorney


                      By: /s/ C. Michael Anderson
                         C. MICHAEL ANDERSON
                        Attorney for Plaintiff
                        Assistant United States Attorney
                        150 Fayetteville Street, Suite 2100
                        Raleigh, NC 27601
                        Telephone: (919) 856-4619
                        Facsimile: (919) 856-4821
                        N.C. Bar Number: 42646
                        michael.anderson7@usdoj.gov

CERTIFICATE OF SERVICE

I do hereby certify that I have this 3rd day of January, 2023, served a copy of the foregoing upon the below listed party electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Christopher N. Olsen
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
Email: colsen@wsgr.com

Robert C. Van Arnman
Andrew Robert Shores
Carmelle F. Alipio
Williams Mullen
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Email: rvanarnam@williamsmullen.com
Email: ashores@williamsmullen.com
Email: calipio@williamsmullen.com

By: /s/ C. Michael Anderson
C. MICHAEL ANDERSON
Attorney for Plaintiff
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4619
Facsimile: (919) 856-4821
N.C. Bar Number: 42646
michael.anderson7@usdoj.gov