IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00518-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | RESPONSE TO ORDER |
| EPIC GAMES, INC., | ) | |
| Defendant. | ) | |

In response to the Court's Order dated January 19, 2023, the United States submits the attached Stipulated Order for Permanent Injunction and Civil Penalty Judgment. Pursuant to the Court's Order, the parties have amended the Stipulated Order to include provisions requiring that: (1) the Court shall be provided with notice of the selection of the third-party assessor, and (2) a copy of the third-party assessments shall be filed with the Court. *See* Stipulated Order for Permanent Injunction and Civil Penalty Judgment §§ V.C and V.G.

1

Respectfully submitted this 2nd day of February 2023.

>BRIAN M. BOYNTON
>Principal Acting Deputy Assistant Attorney General
>
>ARUN G. RAO
>Deputy Assistant Attorney General
>
>AMANDA N. LISKAMM
>Acting Director, Consumer Protection Branch
>
>LISA K. HSIAO
>Assistant Director
>
>JOSHUA A. FOWKES
>Trial Attorney
>
>BY: /s/ Michael J. Wadden
>MICHAEL J. WADDEN
>Trial Attorney
>Consumer Protection Branch
>Civil Division
>U.S. Department of Justice
>Attorney for Plaintiff United States
>450 5th Street, NW
>Washington, DC 20530
>Telephone: (202) 305-7133
>Facsimile: (202) 514-8742
>E-mail: michael.j.wadden@usdoj.gov
>NY Bar No. 5577903

CERTIFICATE OF SERVICE

I do hereby certify that I have this 2nd day of February 2023 served a copy of the foregoing

Response to Order upon the counsel listed below via ECF:

Christopher Olsen
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW
Washington, DC 20006
colsen@wsgr.com


Robert Van Arnam
Williams Mullen
301 Fayetteville Street
Raleigh, NC 27601
rvanarnam@williamsmullen.com

                              BY: /s/ Michael J. Wadden
                                   MICHAEL J. WADDEN
Trial Attorney
Consumer Protection Branch
United States Department of Justice
Attorney for Plaintiff United States
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 305-7133
Facsimile: (202) 514-8742
E-mail: michael.j.wadden@usdoj.gov
NY Bar No. 5577903