## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:22-cv-518-BO |
| | ) | |
| EPIC GAMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING UNOPPOSED MOTION TO SEAL

The Court having considered the Motion to Seal, and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED. The portions of the Summary of the Initial Report of

the Independent Assessor's Review of the Privacy Program covering the period April 8, 2023 –

October 5, 2023 relating to Defendant's and Troutman Pepper Hamilton Sanders LLP's

confidential and proprietary information, and the identities of the two non-party individuals, shall

remain under seal.

SO ORDERED, this the 10 day of Jan. , 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE